**No. P68/75.**—E. M. Stevens Corp. *v.* United States, protests 60/4043(A), etc. (New York).

RAO, C.J. In accordance with stipulation of counsel that the items of merchandise marked "A" and "B" covered by the foregoing protests consist of knives similar in all material respects to those the

subject of *National Carloading Corp.* v. *United States* (54 Cust. Ct. 178, C.D. 2529), except that the items marked "B" have wooden handles, the claims of the plaintiff were sustained.